# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>15.23927797 BITCOIN AND $3,261.00 IN U.S. CURRENCY,<br>    Defendant. | CV 18-1999 DSF (AFMx)<br><br>ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR RICHARD PRENDERGAST<br><br>(Dkt. 49) |

The Motion to Withdraw as Counsel by Jacek W. Lentz of The Lentz Law Firm, P.C., counsel for Richard Prendergast, was filed on June 17, 2022. Opposition was due by June 27, 2022. No opposition was filed. The Court has not received any pleadings or communications from Richard Prendergast.

Having read and considered the Motion, the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for July 18, 2022 is removed from the Court's calendar.

Good cause has been shown. Therefore, the Court grants the Motion effective on the date that moving counsel files and serves – on the client and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that:

(1) Sets forth the client's current address and telephone number, recently verified as accurate by the withdrawing counsel;

(2) Informs the client and all attorneys of record that the stated address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney;

(3) Informs the client of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations;

(4) Informs the client that any individual appearing <u>pro se</u> will be required to comply with this Court's standing orders, this District's Local Rules, the Federal Rules of Civil Procedure and all other Federal Rules;

(5) Informs the client when and where the client may obtain the client's case file, if it is not already in the client's possession;

(6) Informs the client of the following:

Although the client is proceeding *pro se*, *i.e.*, without legal representation, he nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide legal advice to any party, including *pro se* litigants, *i.e.*, parties who are not represented by a lawyer. There is a free "*Pro Se Clinic*" that can provide information and guidance about many aspects of civil litigation in this Court.

Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal

court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

Counsel must also provide a proof of service of this Order and the required declaration.

Failure to comply with the above requirements by July 15, 2022 will result in the denial of the Motion.

Effective on the date counsel complies with this Order, the client will represent himself, and the docket will be amended to reflect the address for the client as described in counsel's declaration.

IT IS SO ORDERED.

Date: July 6, 2022

Dale S. Fischer
United States District Judge