JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>15.23927797 BITCOIN AND $3,261.00 IN U.S. CURRENCY,<br><br>Defendants. | NO. 2:18-cv-1999-DSF (AFMx)<br><br><br>JUDGMENT OF FORFEITURE |
| Richard Prendergast,<br><br>Claimant. | |

Plaintiff's Motion for Summary Judgment having been granted by Order on December 2, 2022.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimant Richard Prendergast and all other potential claimants in and to the defendants 15.23927797 Bitcoin and $3,261.00 in U.S. Currency (collectively, "defendants") is condemned and forfeited to the United States of America. The defendants shall be disposed of in accordance with law.

1    The Court finds that there was reasonable cause for the seizure of the defendants
2 and institution of these proceedings. The judgment shall be construed as a certificate of
3 reasonable cause pursuant to 28 U.S.C. § 2465.
4    IT IS SO ORDERED.
5 DATED:  December 6, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE